UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BOBBY MCPHAIL and OCTAVIA MCPHAIL, ) ) ) Plaintiffs, ) ) v. ) ) ) RUSSELL ALLEN, HARRY DOLAN, CASSANDRA DECK-BROWN, CAPTAIN KAREN RIGGSBEE, SARGENT THOMAS VESTAL, OFFICER JOUHUA GULCH, OFFICER JANE DOE, MAX EATMAN, ASHBY RAY, THE RALEIGH POLICE DEPARTMENT, and THE CITY OF RALEIGH, ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | **JUDGMENT**<br>No. 5:15-CV-267-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiffs' application to proceed in forma pauperis and DISMISSES plaintiffs' federal claims for failure to state a claim upon which relief can be granted. The court DISMISSES any state-law claims WITHOUT PREJUDICE. The clerk shall close the case.

**This Judgment Filed and Entered on December 3, 2015, and Copies To:**

| | |
|---|---|
| Bobby McPhail | (via US Mail to: 1517 E. Martin St, Raleigh, NC 27610) |
| Octavia McPhail | (via US Mail to: 1517 E. Martin St, Raleigh, NC 27610) |

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| December 3, 2015 | By: /s/ Crystal Jenkins |
| | Deputy Clerk |